## Commonwealth *v.* McLaurin, Appellant.

Before JAMIESON, P. J.

Submitted March 17, 1969. *I. Bernard Fenner,* for appellant; *James D. Crawford,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* McLean, Appellant.

Before GATES, P. J., specially presiding, without a jury.

Argued March 20, 1969. *Richard H. Knox,* for appellant; *James D. Crawford,* Assistant District Attorney, with him *Harold K. Don, Jr.,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.